UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIANE E. HERKENHAM, Trustee, of the WESSAGUSSETT REALTY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF NEW YORK and LITTON LOAN SERVICING, LP, <br><br> Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the District of Massachusetts

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendants Bank of New York Mellon Corporation ("BNY Mellon")[1] and Litton Loan Servicing, LP ("Litton") hereby remove the action captioned <u>Mariane E. Herkenham, Trustee of the Wessagussett Realty Trust v. Bank of New York Mellon, *et. al.*</u>, ESCV2009-02291, now pending in the Massachusetts Superior Court, Essex County, to the United States District Court for the District of Massachusetts. In so doing, BNY Mellon and Litton state the following:

1. On or about November 25, 2009, the plaintiff, Mariane E. Herkenham, as Trustee of the Wessagussett Realty Trust ("Herkenham"), filed an action in Massachusetts Superior Court, Essex County, seeking, among other things, damages related to certain actions allegedly taken by BNY Mellon and Litton in connection with the ownership and servicing of

---

[1] BNY Mellon is the successor to Bank of New York.

Herkenham's mortgage loan. The same day, the Superior Court (Murtagh, J.) granted Herkenham's *ex parte* motion for a temporary restraining order prohibiting the sale, transfer, or other disposition of property located at 94 Emerson Street, Units 94-1, 94-3, 94-4, 94-8, 94-10, and 94-11, Haverhille, Massachusetts. It scheduled a hearing on Herkenham's motion for preliminary injunction for December 3, 2009. According to the state court docket, no other proceedings have occurred. A copy of all papers received from Herkenham's counsel are attached hereto as Exhibit A.

2. In her complaint, Herkenham alleges that BNY Mellon and Litton committed numerous state law violations in connection with the ownership and servicing of her mortgage loan. According to the civil action cover sheet, Herkenham is seeking $82,678.89 in monetary damages for these alleged violations. *See Civil Action Cover Sheet*, Exhibit A.

3. Herkenham identifies herself as a resident of Massachusetts. *See Complaint*, ¶ 1, Exhibit A. She accurately identifies Litton as a limited partnership organized under the laws of Texas with its principal place of business at 4828 Loop Central Drive, Houston, Texas. *See Complaint*, ¶ 3, Exhibit A. According to public filings, BNY Mellon is a corporation organized under the laws of Delaware with a principal place of business at One Wall Street, New York, New York. *See* Exhibit B. Herkenham's identification of BNY Mellon's "place of business" in Massachusetts is not its principal place of business, nor is it alleged to be.

4. As a result, this Court has original subject matter jurisdiction over this action on the basis of 28 U.S.C. § 1332, as there is complete diversity of citizenship between Herkenham, a resident of Massachusetts, and Litton and BNY Mellon, residents of Texas, Delaware, and New York, respectively, and because the matter in controversy exceeds $75,000.

5. Pursuant to 28 U.S.C. § 1446, Litton and BNY Mellon's notice of removal is timely as it is filed within thirty (30) days of receipt of the complaint.

6. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Massachusetts Superior Court.

7. Pursuant to Local Rule 81.1, Litton and BNY Mellon will file certified or attested to copies of all papers that have been filed in Superior Court.

**WHEREFORE**, Litton and BNY Mellon respectfully request that the above action now pending against it in the Essex County Superior Court in the Commonwealth of Massachusetts be removed therefrom to this Court.

BANK OF NEW YORK MELLON CORPORATION
LITTON LOAN SERVICING, LP,
By its attorneys,


 */s/ Joseph Calandrelli*
Richard E. Briansky, BBO# 632709
rbriansky@princelobel.com
Joseph P. Calandrelli, BBO# 666128
jcalandrelli@princelobel.com
**PRINCE, LOBEL, GLOVSKY & TYE LLP**
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel: 617.456.8000

Dated: December 1, 2009

## CERTIFICATE OF SERVICE

      I, Joseph Calandrelli, certify that a true and accurate copy of the foregoing document was filed through the Court's ECF system this 1st day of December, 2009. I further certify that a true and accurate copy of the foregoing document was sent by first-class mail, postage prepaid to all parties to this action on December 1, 2009.

                                                                     */s/ Joseph Calandrelli*