UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
MARIANE E. HERKENHAM, Trustee,          )
of the WESSAGUSSETT REALTY               )
TRUST,                                                            )
                                                                    )
        Plaintiff,                                        )
                                                                    )
v.                                                                 )          Civil Action No.  09-CV-12044-DPW
                                                                    )
BANK OF NEW YORK and                            )
LITTON LOAN SERVICING, LP,                   )
                                                                    )
        Defendants.                                    )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice, each party to be responsible for its own attorneys' fees and costs.  All rights of appeal are waived.

| Plaintiff | Defendants |
|---|---|
| Mariane E. Herkenham, Trustee of the Wessagussett Realty Trust<br>By her attorney, | BANK OF NEW YORK MELLON CORPORATION F/K/A THE BANK OF NEW YORK[1] and LITTON LOAN SERVICING, LP,<br>By their attorneys, |
| */s/ Riccardo L. Rullo*<br>Riccardo L. Rullo, BBO# 667955<br>Law Offices of Frank N. Dardeno LLP<br>424 Broadway<br>Somerville, MA 02145 -2619<br>Tel. (617) 666-2600 ext 16<br>rrullo@dardeno.com | */s/ Amy B. Hackett*<br>Richard E. Briansky, BBO# 632709<br>rbriansky@princelobel.com<br>Joseph P. Calandrelli, BBO# 666128<br>jcalandrelli@princelobel.com<br>Amy B. Hackett, BBO #676345<br>ahackett@princelobel.com<br>**PRINCE, LOBEL, GLOVSKY & TYE LLP**<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114<br>Tel:  617.456.8000 |
| Dated:  January 14, 2011 | |

---

[1] Plaintiff improperly named this defendant as the Bank of New York.

1266630.1